**Electronically Filed
Supreme Court
SCWC-15-0000951
09-AUG-2016
07:49 AM**

SCWC-15-0000951

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

VONAH DITUS, FRED DITUS, and STONE DITUS,
Respondents/Plaintiffs-Appellees,

vs.

ROGER COURT and ANGELA COURT,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000951; CIVIL NO. 3SS15-1-000230)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on July 5, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 9, 2016.

Roger and Angela Court
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

